UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 00-0122 MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |
| v. | |
| COLIN PETER KRAMER, | |
| Defendant(s). | |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Geoffrey Hansen. The United States was represented by Assistant United States Attorney Andy Scoble.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

    Charge 1:    Violation of Special Conditions which states that defendant is to remain at Marin Services for Men, in that on or about September 12, 2006, defendant left the program without prior authorization from the Court.

    Charge 2:    Violation of General Condition which states that defendant shall not commit another federal, state, or local crime, in that on or about September 18, 2006, defendant entered and robbed Wells Fargo Bank at 3431 California Street, San Francisco, California.

Based on the foregoing,

IT IS ADJUDGED that supervised release is hereby REVOKED, and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of 24 (twenty-four) months. No further Term of Supervised Release ordered.

Dated: December 19, 2007

MARILYN HALL PATEL
United States District Court